In the Matter of the Application of EXETER MANUFACTURING CO. for an Order Directing that an Arbitration Be Had between EXETER MANUFACTURING CO. and SETH MARRUS, Doing Business, etc.— Motion for leave to appeal to the

Court of Appeals and for a stay granted. [See 254 App. Div. 496.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.